IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL ZAHIR,<br><br>  Petitioner,<br><br> v.<br><br>GEORGE W. BUSH,<br>  President of the United States, *et al.*,<br><br>  Respondents. | Civil Action No. 05-CV-1623 (RWR) |
| MOHAMMED RAJEB ABU GHANEM, *et al.*,<br><br>  Petitioners,<br><br> v.<br><br>GEORGE W. BUSH,<br>  President of the United States, *et al.*,<br><br>  Respondents. | Civil Action No. 05-CV-1638 (CKK) |
| AMEEN MOHAMMAD ALBKRI, *et al.*,<br><br>  Petitioners,<br><br> v.<br><br>GEORGE W. BUSH,<br>  President of the United States, *et al.*,<br><br>  Respondents. | Civil Action No. 05-CV-1639 (RBW) |

| | | |
|---|---|---|
| ALLA ALI BIN ALI AHMED, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1678 (GK) |
| GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ABDANNOUR SAMEUR, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1806 (CKK) |
| GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| MAZIN SALIH AL-HARBI, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1857 (CKK) |
| GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**ATTORNEY APPEARANCE**

 Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

| | |
|---|---|
| Dated: October 20, 2005 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel |
| |   /s/ Terry M. Henry<br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>TERRY M. HENRY<br>JAMES J. SCHWARTZ<br>PREEYA M. NORONHA<br>ROBERT J. KATERBERG<br>NICHOLAS J. PATTERSON<br>ANDREW I. WARDEN<br>EDWARD H. WHITE<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.  Room 7144<br>Washington, DC  20530<br>Tel:  (202) 514-4107<br>Fax:  (202) 616-8470 |
| | Attorneys for Respondents |