IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mazin Salih Al-Harbi,<br><br>*Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, et al.<br><br>*Respondents/Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.1:05-CV-1857-CKK<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ORDER TO PRESERVE EVIDENCE

Petitioner Mazin Salih Al-Harbi, through his undersigned counsel, respectfully MOVES this Court to Order that the Respondents preserve and maintain all evidence and information regarding Petitioner, including without limitation all evidence and information relating or pertaining to any physical abuse or mental abuse, torture or other mistreatment of Petitioner at any time that Petitioner or any such information has been in the custody or control of any Respondent. Such order for preservation is critical to the fair adjudication of this case, particularly since some time will pass before Petitioners' counsel obtain the necessary security clearance to discover and examine evidence and information.

Counsel is aware of three other cases in this Court in which Orders granting substantially the relief sought here have been entered, namely <u>Jarallah Al Marri et</u>

CHAR1\847956v1

al., v. George W. Bush et al., 04-CV-2035 (Order, March 7, 2005)(GK)(attached as Exhibit A); Abdul-Salam Gaithan Mureef al-Shiry et al. v. George W. Bush et al., 05-CV-0490 (Order, March 23, 2005)(PLF)(Attached as Exhibit B); and Jamil El-Banna et al. v. George W. Bush et al., 04-CV-1144 and Hani Salih Rashid Abdullah et al v. George W. Bush et al., 05-CV-23(consolidated)(Order, July 18, 2005)(RWR)(attached at Exhibit C). Petitioner relies on the substantially similar factual situations of these cases and incorporates by reference the legal principles embraced by these orders. Petitioner further contends that, pursuant to recognized principles of collateral estoppel, this Court should issue an identical Order in this case. See Parklane Hosiery Co., Inc. et al. v. Shore, 439 U.S. 322, 331 (1979).

Pursuant to LCvR 7(m), the undersigned conferred with Respondents' counsel, Andrew Warden, via e-mail regarding this Motion for Preservation Order and Respondents' counsel indicated that they would not consent at this time.

WHEREFORE, for the reasons discussed above, the motion should be granted.

Respectfully submitted,

Dated: October 20th, 2005.

*[signature]*
Jeffrey J. Davis
Moore and Van Allen PLLC
100 North Tryon Street
47th Floor
Charlotte NC 28202-4002
(704) 331-1037
(704) 378-2037 (Fax)
(704) 661-5244 (Cell)
jeffdavis@mvalaw.com
North Carolina Bar No. 6582

*[signature]*
George Daly
139 Altondale Avenue
Charlotte NC 28207
(704) 333-5196
gdaly1@bellsouth.net
North Carolina Bar No. 1071

OF COUNSEL:

Tina Monshipour Foster (TF3555)
Gitanjali Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

CHAR2\889220v2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by Certified Mail, Return Receipt Requested, to the following persons:

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Army Brig. Gen. J. Hood**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NY
Room 5111
Washington, D.C. 20530

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Brig. Gen. Hood**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

**Army Col. Bumgarner**
UNITED STATES ARMY
Army – Pentagon
Washington, D.C. 20310-0200

On this the 20th day of October, 2005

[signature]