UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Mane Shaman Al-Habardi,  )<br>   A/k/a Mazin Salih Al-Harbi  )<br>                                   )<br>              Petitioner  )<br>Vs.                                   )<br>                                   )<br>George W. Bush, et al.        )<br>                                   )<br>              Respondents  ) | 1:05-CV-1857 (CKK) |

## MOTION FOR ORDER REQUIRING RESPONDENTS TO ALLOW COUNSEL TO MEET WITH PETITIONER IN-PERSON

Petitioner Mane Shaman al-Habardi respectfully moves, through his undersigned counsel, that the Court enter an Order requiring that Respondents allow counsel Mr. Daly to visit Petitioner at Guantanamo on May 16 and 17, 2006.

### FACTUAL SUMMARY

The pertinent facts are stated in detail in the accompanying First Declaration of George Daly and Jeffrey J. Davis. Briefly, the pertinent facts are as follows. Petitioner is imprisoned at Guantanamo. His Petition for Writ of Habeas Corpus has been filed for now some seven months, and counsel have had the appropriate security clearance for now some four months, but despite repeated requests they have not been allowed to communicate with their client nor visit him. Counsel have made two attempts to send mail to him and three attempts to obtain visitation.

## MEMORANDUM OF POINTS AND AUTHORITIES

The standard Protective Order was entered in this case on October 19, 2005 (Docket No. 3). On March 21, 2006, Magistrate Judge Kay, interpreting an identical Protective Order, opined as follows:

> [A] plain reading of the Protective Order dictates that Petitioner's counsel be allowed to meet with their client in order to obtain the very authorization that Respondents insist be provided prior to any visits.

*Adem v. Bush*, 1:05-CV-723(RWR)(AK), Memorandum Opinion, at 2 (Docket No. 36). Accordingly, it was ordered that "Respondents shall promptly permit counsel to meet with Petitioner in-person." *Id.*, Order, (Docket No. 37).

The present case is factually indistinguishable from *Adem*. The same result should ensue.

## CONSULTATION WITH OPPOSING COUNSEL

Movants have, in accordance with Local Civil Rule 9(m), discussed this motion with opposing counsel by telephone. Respondents oppose the motion in its entirety.

**WHEREFORE**, Petitioner respectfully moves that the Court enter its Order requiring that Respondents allow counsel Mr. Daly to visit Petitioner at Guantanamo on May 16 and 17, 2006.

Respectfully submitted, April 14, 2006.

Jeffrey J. Davis
Moore and Van Allen PLLC
100 North Tryon Street
47th Floor
Charlotte NC 28202-4002
(704) 331-1037
(704) 378-2037 (Fax)
(704) 661-5244 (Cell)
jeffdavis@mvalaw.com
North Carolina Bar No. 6582

George Daly
139 Altondale Avenue
Charlotte NC 28207
(704) 333-5196
gdaly1@bellsouth.net
North Carolina Bar No. 1071

OF COUNSEL:
Tina Monshipour Foster (TF3555)
Gitanjali Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499