**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| MAZIN SALIH AL-HARBI, *et al.,* | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1857 (CKK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**NOTICE OF FILING OF PROTECTED INFORMATION**

NOTICE is hereby given that, pursuant to the protective orders entered herein by the

Court's Order of October 19, 2005 (dkt. no. 3), on April 28, 2006, respondents have filed with

the Court Security Office a submission which they seek to have designated as "protected

information" pursuant to the protective orders.  The submission cannot be described in any

greater detail without disclosing the substance of the protected information.  As required by the

protective orders (see November 10, 2004 Order Addressing Designation Procedures for

"Protected Information"), respondents have disclosed the protected information to petitioners'

counsel and are conferring with counsel in an attempt to reach an agreement regarding the

designation of the information prior to filing a motion with the Court; following the outcome of

that conferral, respondents will file an appropriate motion with the Court to have the information

designated as "protected."

Dated:  April 28, 2006                          Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                DOUGLAS N. LETTER
                                                Terrorism Litigation Counsel

                                                   /s/ Preeya M. Noronha
                                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                TERRY M. HENRY
                                                JAMES J. SCHWARTZ
                                                PREEYA M. NORONHA
                                                ROBERT J. KATERBERG
                                                ANDREW I. WARDEN
                                                NICHOLAS J. PATTERSON
                                                MARC A. PEREZ
                                                EDWARD H. WHITE
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Ave., N.W.
                                                Washington, DC  20530
                                                Tel:  (202) 514-4107
                                                Fax:  (202) 616-8470

                                                Attorneys for Respondents