IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAZIN SALIH AL-HARBI, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Petitioners, | | |
| v. | | Civil Action No. 05-CV-1857 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | | |
| Respondents. | | |

## **NOTICE**

COME NOW Respondents, by and through their undersigned counsel, and hereby notify the Court, as they have petitioner's counsel, that the Guantanamo Bay detainee previously identified by respondents as petitioner in this case, Mani Shaman Turki al-Habardi Al-Utaybi (ISN 588), is now deceased as a result of apparent suicide.

Counsel for petitioner initially identified petitioner as "Mazi Salih Al-Harbi," but in a November 3, 2005 filing (dkt. no. 10) changed the naming of the petitioner to "Mane Shaman Al-Habardi." This led respondents to identify petitioner as detainee ISN 588, listed in Department of Defense records as Mani Shaman Turki al-Habardi Al-Utaybi. However, during a recent visit to Guantanamo by counsel, detainee ISN 588 refused to meet with counsel, and upon counsel's return, petitioner's counsel informed counsel for respondents that he did not believe detainee ISN 588 to be petitioner.[1] Accordingly, the precise identity of petitioner in this case is apparently not

---

[1] Although the petition in this case purports to be a direct petition on behalf of petitioner, our understanding, based on recent information from petitioner's counsel, is that, in fact, the petition was not brought at the direct behest of the detainee named in the petition. Rather, the petitioner's name was supplied by an attorney for another Guantanamo detainee, who provided the name to his counsel and thus purports to act as a "next friend" for petitioner.

settled. Nonetheless, because respondents had previously identified detainee ISN 588 as petitioner in this case, respondents are providing this notice.

In light of this notice, respondents have no objection to unsealing of recent filings previously placed under seal as "protected information" under the governing protective order regime (see dkt. nos. 17, 18, 19, 20).

| | |
|---|---|
| Dated: June 12, 2006 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel |
| |    /s/ Terry M. Henry<br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>TERRY M. HENRY<br>JAMES J. SCHWARTZ<br>PREEYA M. NORONHA<br>ROBERT J. KATERBERG<br>NICHOLAS J. PATTERSON<br>ANDREW I. WARDEN<br>EDWARD H. WHITE<br>MARC A. PEREZ<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.  Rm. 7212<br>Washington, DC  20530<br>Tel:  (202) 514-4107<br>Fax:  (202) 616-8470 |
| | Attorneys for Respondents |