# EXHIBIT B

No. _____

# In the Supreme Court of the United States

KHALED A. F. AL ODAH, *ET AL.*,

*Petitioners,*

v.

UNITED STATES OF AMERICA, *ET AL.*,

*Respondents.*

**On Petition For Writ Of Certiorari To The United States Court of Appeals for the District of Columbia Circuit**

## MOTION TO EXPEDITE BRIEFING SCHEDULE AND ORAL ARGUMENT

DAVID J. CYNAMON
MATTHEW J. MACLEAN
OSMAN HANDOO
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037
Telephone: 202-663-8000

GITANJALI GUTIERREZ
J. WELLS DIXON
SHAYANA KADIDAL
CENTER FOR
  CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: 212-614-6438

THOMAS B. WILNER
  *Counsel of Record*
NEIL H. KOSLOWE
AMANDA E. SHAFER
SHERI L. SHEPHERD
SHEARMAN & STERLING LLP
801 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: 202-508-8000

GEORGE BRENT MICKUM IV
SPRIGGS & HOLLINGSWORTH
1350 "I" Street N.W.
Washington, DC 20005
Telephone: 202-898-5800

*Counsel for Petitioners*
*Additional Counsel Listed on Inside Cover*

Petitioners, foreign nationals held in the custody of the United States at Guantanamo Bay Naval Station, Cuba, respectfully move pursuant to Supreme Court Rule 21 for expedited consideration of their petition for certiorari to review the decision of the United States Court of Appeals for the District of Columbia Circuit issued in the above-captioned cases on February 20, 2007. *See* Petition for Writ of Certiorari, Appendix A, App. 1-54.[1] The Petition for Writ of Certiorari is submitted along with this motion. Petitioners seek expedited consideration to allow the case, if certiorari is granted, to be decided during the 2006 Term. The urgency and importance of the questions presented warrant such expedited consideration.

The Solicitor General's Office has agreed that the Respondents will file their response to the petition on March 21, 2007, and will address any further scheduling issues in the response to the petition. Petitioners respectfully request that the Court consider the petition at its conference on March 30, 2007; and, if review is granted, that the case be set for briefing and argument on the schedule described below, or otherwise as may suit the Court.

Petitioners waive the 10-day period provided for in Supreme Court Rule 15.5 from the filing of an opposition to a petition for certiorari and the distribution of the petition and other papers to the Court.

The grounds for this motion are as follows:

1.    Petitioners are foreign nationals imprisoned by the United States at Guantanamo Bay Naval Station, Cuba. Most have been imprisoned at Guantanamo for more than five years and have not been charged with any offense. Each is being held as an "enemy combatant," under

---

[1] The Court of Appeals' decision also dismissed the petitions of the Guantanamo detainees who were appellants in *Boumediene v. Bush*, Nos. 05-5062 and 5063 (D.C. Cir.), which were heard together with Petitioners' cases. Petitioners have conferred with the *Boumediene* petitioners and are proposing the same expedited schedule for briefing and argument. The Solicitor General's Office has agreed to file its response to both petitions for certiorari on March 21, 2007.

9.  This case is particularly suited to expedited review because the Court and the government are familiar with the factual and legal background as a result of the prior proceedings in *Rasul*. Accordingly, Petitioners propose the following expedited schedule for the Court's consideration if review is granted:

| | |
|---|---|
| March 30, 2007 | Conference |
| April 16, 2007 | Petitioners' Brief and Joint Appendix |
| April 27, 2007 | Respondents' Brief |
| May 1, 2007 | Petitioners' Reply Brief |
| May 7, 2007 | Argument |

## CONCLUSION

For the reasons stated, Petitioners respectfully request that this Court expedite briefing and oral argument in this case so that it may be decided this Term.

Respectfully submitted,

/s/ Thomas B. Wilner

DAVID J. CYNAMON
MATTHEW J. MACLEAN
OSMAN HANDOO
PILLSBURY WINTHROP
  SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037
Telephone: 202-663-8000

GITANJALI GUTIERREZ
J. WELLS DIXON
SHAYANA KADIDAL
CENTER FOR
  CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
  Telephone: 212-614-6438

THOMAS B. WILNER
  *Counsel of Record*
NEIL H. KOSLOWE
AMANDA E. SHAFER
SHERI L. SHEPHERD
SHEARMAN & STERLING LLP
801 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: 202-508-8000

GEORGE BRENT MICKUM IV
SPRIGGS & HOLLINGSWORTH
1350 "I" Street N.W.
Washington, DC 20005
Telephone: 202-898-5800

*Counsel for Petitioners*

MARCH, 2007

5

No. 06-____

IN THE SUPREME COURT OF THE UNITED STATES

LAKHDAR BOUMEDIENE, *et al.*,

*Petitioners*,

v.

GEORGE W. BUSH, *et al.*,

*Respondents*,

On Petition for Writ of Certiorari to the
United States Court of Appeals
for the District of Columbia Circuit

MOTION FOR EXPEDITED CONSIDERATION OF THE PETITION FOR CERTIORARI, BRIEFING, AND ORAL ARGUMENT

Stephen H. Oleskey
Robert C. Kirsch
Mark C. Fleming
Joseph J. Mueller
Pratik A. Shah
Lynne Campbell Soutter
Jeffrey S. Gleason
Lauren G. Brunswick
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Seth P. Waxman
   *Counsel of Record*
Paul R.Q. Wolfson
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 663-6000

Douglas F. Curtis
Paul M. Winke
Julian Davis Mortenson
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800

since the central purpose of habeas corpus is "to provide an effective and speedy instrument by which judicial inquiry may be had into the legality of the detention of a person." *Carafas* v. *LaVallee*, 391 U.S. 234, 238 (1968); *see also Preiser* v. *Rodriguez*, 411 U.S. 475, 495 (1973) ("[S]peedy review of [a prisoner's] grievance . . . is so often essential to any effective redress."); *cf. Felker* v. *Turpin*, 517 U.S. 1182, 518 U.S. 651 (1996) (ordering expedited briefing and oral argument in habeas case alleging Suspension Clause violation).

*Third*, the parties have exhaustively explored the issues at stake here during years of lower court proceedings and many successive rounds of briefing. The parties are thus well prepared to undertake an accelerated briefing schedule. As noted above, Respondents support expedited briefing and consideration of the petition for certiorari.

## CONCLUSION

For the reasons stated, Petitioners respectfully request that this Court expedite briefing of the petition for certiorari and the merits of this case and schedule oral argument so that it may be heard and decided during the 2006 Term. Specifically, Petitioners propose that the Court consider their petition for certiorari under the following schedule:

| | |
|---|---|
| March 5, 2007 | Petition for Certiorari |
| March 21, 2007 | Brief in Opposition |
| March 30, 2007 | Conference |

In the event that the Court grants certiorari, Petitioners propose that the Court consider the merits of their case under the following schedule:

| | |
|---|---|
| April 16, 2007 | Petitioners' Brief on the Merits and Joint Appendix |
| April 27, 2007 | Respondents' Brief on the Merits |
| May 1, 2007 | Petitioners' Reply Brief |
| May 7, 2007 | Oral Argument |

6

Respectfully submitted.

*Seth P. Waxman/dco*

| | |
|---|---|
| Stephen H. Oleskey | Seth P. Waxman |
| Robert C. Kirsch | *Counsel of Record* |
| Mark C. Fleming | Paul R.Q. Wolfson |
| Joseph J. Mueller | WILMER CUTLER PICKERING |
| Pratik A. Shah | HALE AND DORR LLP |
| Lynne Campbell Soutter | 1875 Pennsylvania Ave., N.W. |
| Jeffrey S. Gleason | Washington, DC 20006 |
| Lauren G. Brunswick | (202) 663-6000 |
| WILMER CUTLER PICKERING | |
| HALE AND DORR LLP | Douglas F. Curtis |
| 60 State Street | Paul M. Winke |
| Boston, MA 02109 | Julian Davis Mortenson |
| (617) 526-6000 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 399 Park Avenue |
| | New York, NY 10022 |
| | (212) 230-8800 |

March 5, 2007

USIDOCS 6091406v1