UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAZIN SALIH AL-HARBI,

    Petitioner,

    v.

GEORGE W. BUSH, *et al.*,

    Respondents.

Civil Action No. 05-1857 (CKK)

**ORDER**
(January 3, 2008)

In its Mandate of October 9, 2007, the United States Court of Appeals for the District of Columbia Circuit dismissed the Government's appeal of this Court's November 17, 2005 Order because Petitioner is deceased. *See* USCA Mandate, Docket No. [35] (dismissing as moot USCA No. 06-5040). It appears that the instant case is also moot for the same reason.

It is, therefore, this 3rd day of January, 2008, hereby

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable Order.*

                                                  /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge