IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| MAZIN SALIH AL-HARBI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-1857 (CKK) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of the Petitioner in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing Petitioner without compensation.

Dated:   July 21, 2008

Respectfully submitted,

Counsel for Petitioner:

/s/
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499