IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-444 (TFH)<br><br>Civil Action No. 05-cv-1857 (CKK) |

## STATUS REPORT OF PETITIONER'S COUNSEL

Pursuant to the Court's July 3, 2008 Order, Counsel for Petitioner Mazin Salih al-Harbi respectfully reports:

1. Petitioner reportedly died at Guantánamo on June 10, 2006, along with two other Guantánamo prisoners. Respondent has so asserted in pleadings in this Court.[1]

2. No official report of the cause and circumstances of Petitioner's death has been made available to date. According to the government, the Naval Criminal Investigative Service ("NCIS") is investigating the three deaths, but the NCIS has yet to issue any findings in connection with its investigation.

3. This case was dismissed as moot on January 3, 2008, because of Petitioner's death. Petitioner's counsel does not seek any change in that disposition and suggests that no further proceedings are necessary in this case.

---

[1] Counsel does not agree with Respondent's further assertion that Petitioner committed suicide.

CHAR2\884789v1

Dated: July 21, 2008

Respectfully submitted,

Counsel for Petitioner:

/s/ Pardiss Kebriaei
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6452
Fax: (212) 614-6499

George Daly (Pursuant to LCvR 83.2(g))
139 Altondale Avenue
Charlotte, NC 28207
Tel: (704) 333-5196

CHAR2\884789v1    2